ROSE NEEDLE, Respondent, *v.* NEW YORK RAILWAYS CORPORATION, Appellant.

IRVING NEEDLE, Respondent, *v.* NEW YORK RAILWAYS CORPORATION, Appellant.

(Argued April 8, 1931; decided May 12, 1931.)

*Henry J. Smith* for appellant.

*William F. McNulty, Harold R. Medina* and *Charles Winkelman* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.